IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00563-WYD-MJW

JOSEPH C. STEVENS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to File Brief Exceeding 15 Pages filed March 2, 2006, is **GRANTED**, and Metlife's Brief in Support of its Motion for Judgment on the Pleadings is accepted for filing.  Please refer to the Local Rules of Practice in the United States District Court for the District of Colorado for deadlines relating to the filing of response and reply briefs.

    For purposes of the response brief, Plaintiff shall follow the Court's Hearing, Conference & Trial Procedures in connection with responses to summary judgment motions.  Specifically, as stated in Section VI.2 of the Court's Procedures, Plaintiff shall admit or deny the facts set out in Defendants' Statement of Undisputed Material Facts.  Plaintiff shall also follow the requirements of Section VI.3 if there are additional disputed facts that Plaintiff wishes to include in the response.  The reply shall comply with the requirements of Section VI.4.

    Dated:  March 6, 2006

                                          s\ Sharon Shahidi
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U.S. District Court